IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | Criminal No. 10-753 |
| v. | |
| JOSEPH M. BRAAS, MICHAEL J. SCHLAGER, MARY C. STANKIEWICZ, MISTY L. KROESEN, CURTIS A. KROESEN, JOHN WILEY SPANN, HAROLD W. YOUNG, and JOHN S. TOMBERLIN,<br>    Defendants. | |

## RESPONSE OF DEEFENDANT MICHAEL J. SCHLAGER TO GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER

Defendant Schlager has no objection to the Government's Motion for a Protective Order (Doc. No. 80).

Respectfully submitted,
DILWORTH PAXSON LLP

/S/ Joseph U. Metz
Joseph U. Metz, Esquire
PA Atty. ID No. 32958
112 Market Street, Suite 800
Harrisburg, PA 17101
Tel.: (717) 236-4812
Fax: (717) 236-7811
Email: jmetz@dilworthlaw.com
*Counsel for Michael J. Schlager*

Dated: March 16, 2011

7064660_1

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2011, a true and correct copy of the foregoing document was served via postage-prepaid, first-class mail on the following counsel of record:

Nancy E. Potts, Esq.
Assistant United States Attorney
U.S. Department of Justice
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
*Counsel for United States*

Elizabeth Toplin, Esq.
Defender Association of Philadelphia
Federal Court Division
The Curtis Center Building
601 Walnut Street, Suite 540 West
Independence Square West
Philadelphia, PA 19106
*Counsel for Mary C. Stankiewicz*

José L. Ongay, Esq.
521 S. Second Street
Philadelphia, PA 19147
*Counsel for Misty L. Kroesen*

Peter A. Levin, Esq.
1927 Hamilton Street
Philadelphia, PA 19130
*Counsel for Curtis A. Kroesen*

Derek E. Yarbrough, Esq.
117 East Main Street
Dothan, AL 36301
*Counsel for John Wiley Spann*

Douglas P. Earl, Esq.
1015 Chestnut Street, Suite 902
Philadelphia, PA 19107
*Counsel for John Wiley Spann*

Donald R. Jones, Esq.
2000 Interstate Park Drive, Suite 104
Montgomery, AL 36109
*Counsel for Harold W. Young*

Marc E. Davies, Esq.
Greenberg Traurig LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
*Counsel for John S. Tomberlin*

/S/ Joseph U. Metz
Joseph U. Metz, Esq.