IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

USA

                10-753-2
                District Court Docket Number

    vs.

MICHAEL J. SCHLAGER

Notice of Appeal Filed 9/25/2012
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal  __Paid  _X_ Not Paid   __Seaman
    Docket Fee        __Paid  _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
_X_ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                          Defendant's Address (for criminal appeals)
                          MICHAEL J. SCHLAGER
                          66734-066
                          PHILADELPHIA
                          FEDERAL DETENTION CENTER
                          Inmate Mail/Parcels
                          P.O. BOX 562
                          PHILADELPHIA, PA 19106

                  Prepared by : _s/Angela Peso_____
                             Angela Peso
                       Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm