**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 12-3799

UNITED STATES OF AMERICA

v.

MICHAEL J. SCHLAGER,
Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 5-10-cr-00753-2)
District Judge: Hon. Paul S. Diamond

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 21, 2014

Before: CHAGARES, GREENAWAY, JR., and VANASKIE, Circuit Judges.

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 21, 2014.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 12, 2012, be and is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

Attest:

s/ Marcia M. Waldron,
Clerk

DATED: July 31, 2014

Certified as a true copy and issued in lieu
of a formal mandate on 08/22/2014

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**