**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :  **Crim. No. 10-753-2** |
| | : |
| **MICHAEL SCHLAGER** | : |

**ORDER**

**AND NOW**, this 3rd day of December, 2015, it is hereby **ORDERED** that the United States Attorney's Office for the Eastern District of Pennsylvania shall file a response to Petitioner's Motion to Vacate, Set Aside, or Correct sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. No. 353) by no later than thirty days from the date on which Petitioner files a memorandum of law supporting his Motion, which Petition contends "will be forthcoming."

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.